**Raphael MENDEZ, Plaintiff–Appellant,**

v.

**W. Earl BRITT, Defendant–Appellee.**

No. 11–6661.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 21, 2011.

Decided: July 26, 2011.

Raphael Mendez, Appellant Pro Se.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raphael Mendez seeks to appeal the district court's order dismissing his com-

plaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), as frivolous, denying leave to proceed in forma pauperis and denying his motion for injunctive relief. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal as frivolous. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*